IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ARMSTRONG, | No. C 12-3307 JSW (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| U.S. MARSHALS, et al., | |
| Defendants. | |

Plaintiff filed this pro se civil rights action under 42 U.S.C. § 1983. He is detained by the California Youth Authority and he faces a federal charges. In his complaint he seeks to have members of the United States Marshal's Office quash his federal arrest warrant and remove a federal detainer. Plaintiff must seek such relief in his federal criminal case, not in a civil rights complaint.

For the foregoing reasons, this case is DISMISSED. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: October 11, 2012

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DARRELL ARMSTRONG,

        Plaintiff,

 v.

U. S. MARSHALS,  et al,

        Defendant.

Case Number: CV12-03307 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell Armstrong
YA#92763
P.O. Box 213014
Stockton, CA 95213

Dated: October 11, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk