IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL ARMSTRONG, | ) | No. C 12-3307 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| U.S. MARSHALS, et al., | ) | |
| Defendants. | ) | |

Plaintiff filed this pro se civil rights action under 42 U.S.C. § 1983. He is detained by the California Youth Authority and he faces a federal charges. In his complaint he seeks to have members of the United States Marshal's Office quash his federal arrest warrant and remove a federal detainer. Plaintiff must seek such relief in his federal criminal case, not in a civil rights complaint.

For the foregoing reasons, this case is DISMISSED. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: October 11, 2012

JEFFREY S. WHITE
United States District Judge

|  |  |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

DARRELL ARMSTRONG,

        Plaintiff,

  v.

U. S. MARSHALS, et al,

        Defendant.
                               /

Case Number: CV12-03307 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell Armstrong
YA#92763
P.O. Box 213014
Stockton, CA 95213

Dated: October 11, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk